THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
CHRISTOPHER ROMANO, Appellant.

Submitted May 23, 1955; decided June 2, 1955.

*Daniel V. Sullivan, District Attorney (Walter E. Dillon* of counsel), for motion.

*Christopher Romano,* in person, opposed.

Motion granted and appeal dismissed upon the ground that the application for permission to appeal was not timely made (Code Crim. Pro., § 521).